[No. 28661-1-II.   Division Two.   April 1, 2003.]

SCOTT CHALFANT, *Appellant*, v. THE DEPARTMENT OF
RETIREMENT SYSTEMS, *Respondent*.

Appeal from a judgment of the Superior Court for
Thurston County, No. 01-2-00701-4, Gary Tabor, J., entered
April 8, 2002. *Affirmed* by unpublished opinion per Hunt,
C.J., concurred in by Morgan and Armstrong, JJ.

[No. 29201-7-II.   Division Two.   April 1, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. ERIC JAMES PERRY,
*Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz
County, No. 02-1-00300-9, James J. Stonier, J., entered July
16, 2002. *Affirmed in part* and *remanded* by unpublished
opinion per Morgan, J., concurred in by Houghton and
Armstrong, JJ.

[No. 20893-1-III.   Division Three.   April 3, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. NICHOLAS C.
HOWELL, *Appellant*.

Appeal from a judgment of the Superior Court for Spo-
kane County, No. 01-8-01698-5, Salvatore F. Cozza, J.,
entered February 5, 2002. *Affirmed* by unpublished opinion
per Kurtz, J., concurred in by Brown, C.J., and Kato, J.

[No. 21103-7-III.   Division Three.   April 3, 2003.]

*In the Matter of the Marriage of* HERBERT GEORGE
WUESTHOFF, *Respondent*, and PATRICIA ANN
WUESTHOFF, *Appellant*.

Appeal from a judgment of the Superior Court for Lincoln
County, No. 94-3-00922-7, Philip W. Borst, J., entered April
30, 2002. *Reversed* by unpublished opinion per Schultheis,
J., concurred in by Kato, A.C.J., and Sweeney, J.